**Oscar McCLAIN, Appellant, v. STATE of Texas, Appellee.**

**No. 22426.**

Court of Criminal Appeals of Texas.

Dec. 15, 1943.

S. P. Nielsen, of Raymondville, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

This case is similar to, and is governed and controlled by, Williams v. State, Tex. Cr.App., 176 S.W.2d 177. For the reasons therein set forth, the judgment is reversed and the prosecution ordered dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.